# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00524-CV

**Johnny Lee Vela, Appellant**

**v.**

**The Attorney General for The State of Texas and Amanda Huckaby, Appellees**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 423RD JUDICIAL DISTRICT
NO. 4232510, HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

This appeal was abated to permit Appellant Johnny Lee Vela to pursue a bill of review proceeding in the trial court. Vela has filed an unopposed motion to reinstate the appeal and dismiss it as moot, informing the Court that the district court has granted Vela's bill of review and set aside the default judgment that was the subject of this appeal. The Attorney General for the State of Texas subsequently filed a notice of nonsuit of the underlying proceedings. Vela's appeal is therefore moot. Accordingly, we reinstate the appeal and dismiss it for lack of subject-matter jurisdiction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed as Moot

Filed:   October 28, 2014